FILED
APR _ 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:07-CR-74-WKW |
| ) | [18 U.S.C. 922(g)(1)] |
| TERRY JAMES TAYLOR ) | |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about September 13, 2006, in Chambers County, within the Middle District of Alabama,

**TERRY JAMES TAYLOR,**

defendant herein, having been convicted of the following felony offenses, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

1) on or about July 7, 1997, Robbery in the First Degree, case number CC 95 006141, in the Circuit Court of Jefferson County, Alabama;

2) on or about July 8, 1997, Burglary in the Third Degree, case number CC 96005379, in the Circuit Court of Jefferson County, Alabama;

3) on or about October 30, 1987, Burglary in the Third Degree, case number CC 87002145, in the Circuit Court of Jefferson County, Alabama; and

4) on or about December 17, 1987, Burglary in the Second Degree, case number CC85001363, in the Circuit Court of Jefferson County, Alabama;

did knowingly possess in and affecting commerce firearms, to-wit:

1) a Mossberg, Model 702, .22 caliber rifle;

2)   a Heritage, Rough Rider, .22 caliber revolver;

3)   a Ruger, Super Red Hawk, .44 Magnum revolver; and

4)   a Jennings Bryco, Model T-380, .380 caliber pistol;

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

TERRY JAMES TAYLOR,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

1)   a Mossberg, Model 702, .22 caliber rifle;

2)   a Heritage, Rough Rider, .22 caliber revolver;

3)   a Ruger, Super Red Hawk, .44 Magnum pistol; and

4)   a Jennings Bryco, Model T-380, .380 caliber pistol;

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred and sold to, and deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or

2

A TRUE BILL:

*(signature)*
Foreperson

*(signature)*
LEURA G. CANARY
United States Attorney

*(signature)*
John T. Harmon
Assistant United States Attorney

*(signature)*
Matthew W. Shepherd
Assistant United States Attorney