IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 3:07-cr-74-WKW |
| ) | |
| TERRY JAMES TAYLOR ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, by and through the undersigned counsel and pursuant to 18 U.S.C. § 3161 (h), and respectfully moves this Court to move this matter for trial from the August, 2007 trial docket.

In support of this Motion, defendant would state that a continuance is needed to permit the parties to continue negotiation of a resolution of this case, based on the following circumstances:

1. Counsel for the prosecution does not oppose this motion.

2. The Indictment in this case charges Mr. Taylor with being a felon in possession of a firearm, on an occasion in Chambers County, Alabama, in September 2006.

3. Mr. Taylor is presently serving a substantial state custodial sentence, and is in federal custody on this Indictment pursuant to a Writ of Habeas Corpus ad Prosequendum. (Doc. 5, 6.)

4. The Indictment alleges that Mr. Taylor has four prior felony convictions, from 1987 and 1997. If Mr. Taylor is convicted in this matter, the identified convictions could potentially require a substantial mandatory minimum sentence.

5. Mr. Taylor has authorized counsel to participate in settlement negotiations, which have included a proffer, conducted on July 2, 2007.

6. Both parties require additional information, in order to continue plea negotiations; therefore, additional time is sought to gain that information and continue negotiations.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Terry James Taylor
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew W. Sheperd, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Terry James Taylor
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353