IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA    )
                    )
       v.           )    CR. NO. 3:07cr74-WKW
                    )
TERRY JAMES TAYLOR     )

## MOTION TO RESCIND PRELIMINARY ORDER OF FORFEITURE

Comes now the United States of America by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and moves this Court to rescind the Preliminary Order of Forfeiture stating as follows:

1.    This Honorable Court entered a Preliminary Order of Forfeiture on November 6, 2007, forfeiting defendant's interest in the following firearms:

> One Mossberg, Model 702, .22 Caliber Rifle, bearing serial number EEH206174;
>
> One Heritage Rough Rider, .22 Caliber Revolver, bearing serial number R59134;
>
> One Ruger, Model Super Redhawk, .44 Magnum Revolver, bearing serial number 55173231; and,
>
> One Jennings Bryco, Model T-380, .380 Caliber Pistol, bearing serial number 1470742.

2.    The firearms have been forfeited through administrative proceedings.

3.    Publication of the Preliminary Order of Forfeiture is no longer necessary and in order to avoid further judicial expense, the United States submits that the Preliminary Order of Forfeiture should be rescinded and declared void *ab initio*.

4.    A proposed Order is attached.

Respectfully submitted this 31st day of December, 2007.


FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 31, 2007, I electronically filed the foregoing Motion to Rescind Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all counsel of record.


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA      )
                              )
            v.                )      CR. NO. 3:07cr74-WKW
                              )
TERRY JAMES TAYLOR            )

O R D E R

Upon consideration of the Motion to Rescind Preliminary Order of Forfeiture heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same is hereby GRANTED.  It is, therefore, **CONSIDERED, ORDERED, ADJUDGED AND DECREED** by the Court that said Motion be and the same is hereby granted and the Preliminary Order of Forfeiture entered November 6, 2007, is hereby rescinded and declared void *ab initio*.

DONE this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE