IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-74-WKW |
| | ) | |
| TERRY JAMES TAYLOR | ) | |
| | ) | |

**ORDER**

Upon consideration of the government's Motion to Rescind Preliminary Order of Forfeiture (Doc. # 33), it is ORDERED that the motion is GRANTED and that the Preliminary Order of Forfeiture (Doc. # 32) is VACATED.

DONE this 7th day of January, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE