IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:07-cr-74-WKW |
| | ) | |
| TERRY JAMES TAYLOR | ) | |

## ORDER

It is ORDERED that the sentencing scheduled for January 17, 2008, at 11:15 a.m., is RESCHEDULED for January 17, 2008, at 10:15 a.m. in Courtroom 2-E of the Frank M. Johnson, Jr. U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 15th day of January, 2008.

                                           /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE